Monte J White
SBN 00785232
Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, Texas 79601
(325)673-6699
(325)672-9227 Fax
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-10201-hdh-13 |
| | § | Chapter 13 |
| Danial Eugene Montgomery | § | |
| Ruth Pequeno Montgomery | § | |
| Debtors | § | |
| | § | |

**DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY**
**AND REQUEST FOR INTERIM RELIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Danial Eugene Montgomery and Ruth Pequeno Montgomery, (herein "Debtors"), and files their Motion to Extend the Automatic Stay and Request for Interim Relief, and, in support thereof, would show the court as follows:

1. Debtor(s) Chapter 13 case was filed on August 9, 2013, in the Northern District of Texas, Abilene Division.

2. Debtor(s) filed a prior Chapter 13 bankruptcy case, Case No. 12-10281-RLJ-13, in the Northern District of Texas, Abilene Division on September 27, 2012, and the said case was dismissed without prejudice on July 12, 2013, for failure to make timely payments to the Chapter 13 Trustee.

3. As a result of the Debtor(s) prior bankruptcy case, Case No. 12-10281-RLJ-13, pending within the one year period before Debtor(s) current Chapter 13 Case was filed and pursuant to the provisions of 11 U.S.C. §362(c)(3)(A), the automatic stay will terminate on the 30th day after filing Debtor(s) current Chapter 13 case.

4. Debtor(s) will show this court the filing of the current Chapter 13 case is filed in good faith as to the creditors stayed.

6. Debtor(s) have agreed to enter into a wage withholding order and has submitted the required form to the Chapter 13 Trustee.

7. The Court's next regular general docket to consider such a motion is on August 26, 2013. (less than 21 days from the filing of the motion).  The following general docket is scheduled for October 2, 2013,  (more than 30 days after the filing of the motion).

8. Unless the Court hears the Debtor(s) Motion to Extend the Automatic Stay on its October 2, 2013, docket, it will be necessary to schedule a "special setting" to comply with the 30 day requirement of 11 U.S.C. §362(c)(3)(B).  Debtor(s) request the court to  grant the Motion to Extend the Automatic Stay on an interim basis until the Motion can be heard on the October 2, 2013, docket.

9. If the Court grants the relief requested, Debtor(s) counsel will mail notice of the Motion to Extend the Automatic Stay and Request for Interim Relief to all creditors.

10. After a hearing on the motion, Debtor(s) request this Court enter an Order continuing the Automatic Stay to all creditors for the duration of this Chapter 13 proceeding until such time the Automatic Stay is terminated under 11 U.S.C. §1362(c)(1), 11 U.S.C. §361(c)(2), or a Motion for Relief is granted under 11 U.S.C. §362 (d) and for such further relief to which Debtor(s) may be justly entitled.

WHEREFORE, PREMISES CONSIDERED, Debtor(s)  respectfully pray that the Court extend the automatic stay on an interim basis until hearing can be held on the Court's regular docket on October 2, 2013, and after such hearing prays the Court enter an Order continuing the Automatic Stay to all creditors for the duration of this Chapter 13 proceeding until such time the Automatic Stay is terminated under 11 U.S.C. §1362(c)(1), 11 U.S.C. §362(d)(2) or a Motion for Relief is granted under 11 U.S.C. §362(d), and for such other relief at law and equity to which they may be entitled.

Respectfully Submitted,

/s/Monte J. White
Monte J. White
SNB 00785232
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 9, 2013, a true and correct copy of the foregoing document was transmitted to all parties in interest by ECF and/or regular First Class mail.

Walter O'Cheskey  U.S. Trustee
Standing Chapter 13 Trustee  1100 Commerce Street
6308 Iola  Room 976
Lubbock, Texas 79424  Dallas, Texas 79242-1496

Attached mailing matrix

/s/Monte J. White
Monte J. White
Attorney for Debtors

| | | |
|---|---|---|
| A Ok Driving School<br>1845 Industrial Blvd.<br>Abilene, TX 79602 | Applied Card Bank<br>Attention: Bankruptcy<br>PO Box 17125<br>Wilmington, DE 19850 | Blockbuster Video<br>4102 Buffalo Gap Rd<br>Crossroads S/C<br>Abilene, TX 79606 |
| Aarons Sales & Lease<br>3502 Catclaw Dr.<br>Abilene, TX 79606 | AR Recovery Solutions of Hawaii<br>94 Waipahu Depot St.<br>Waipahu, HI 96797 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130 |
| ABC Financial Services<br>P.O. Box 6800<br>Sherwood, Arizona 72124 | Arc Services<br>Po Box 61123<br>San Angelo, TX 76906 | Cash In Advance<br>402 W Rancier Ave<br>Killeen, TX 76541 |
| Abco Transmission<br>2802 N. 1st. St.<br>Abilene, TX 79603 | Armed Forces Bank<br>PO Box 3400<br>Fort Leavenworth, KS 66027-3400 | Cash Net USA<br>P.O. Box 06230<br>Chicago, Il 60606-0230 |
| Abilene Teachers Federal Credit<br>PO Box 5706<br>Abilene, TX 79608 | Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090 | Cb Med Col<br>304 E Church St<br>Killeen, TX 76541 |
| Abilene Used Auto Sales<br>497 E S 11th Street<br>Abilene, TX 79602 | At & T<br>P.O. Box 930170<br>Dallas, Tx 75393-0170 | Check 'n Go<br>4379 S 1st St.<br>Abilene, TX 79603 |
| Ace Credit Services<br>3517 N. 1st St.<br>Abilene, TX 79603 | Atmos Energy<br>PO Box 650653<br>Dallas, TX 75265-0653 | Chela/Sallie Mae<br>Attn: Claims Department<br>PO Box 9500<br>Wilkes-Barre, PA 18773 |
| Acs/brazos<br>245 Acs Brazos Wy<br>Caldwell, TX 77838 | AUCS Financial, Inc.<br>497B E. S. 11th<br>Abilene, TX 79602 | Cisco Junior College<br>101 College Heights<br>Cisco, TX 76437 |
| American State Bank<br>P.O. Box 267<br>Abilene, Texas 79604 | Baker College<br>1116 West Bristowl<br>Flint, MI 48507 | Citi Bank<br>3409 S. 14th St.<br>Abilene, TX 79605 |
| Anytime Fitness Gym<br>4762 S 14th St.<br>Abilene, TX 79601 | Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | City of Abilene<br>City Attorney<br>555 Walnut<br>Abilene, TX 79601 |

City of Copperas Cove Water Uti
914 Tank Street
Copperas Cove, TX 76522

Devry
801 Commerce Dr.
Oakbrook, IL 60523

First Abilene Fed Cr U
1118 Pine St
Abilene, TX 79601

Clinical Pathology Associates
P.O. Box 3138
Abilene, Texas 79604

Dfas-cl Indianapolis
Attn: Customer Service Dept 330
8899 E 56 St
Indianapolis, IN 46249

First Financial Bank NA
400 Pine St.
Abilene, TX 79601

Cmre Financial Services Inc
3075 E Imperial Hwy
Suite 200
Brea, CA 92821

Direct Energy Sec
P.O. Box 650272
Dallas, TX 75265-0272

Five Star Emergency Phys
1211 Old Main St.
Hartford, KY 42347

Conserve
200 Cross Keys Office Pa
Fairport, NY 14450

Dish Network
P.O. Box 660589
Dallas, Texas 75266

Flex
P.O. Box 37210
Boone, IA 50037-0210

Credit Collections
302 E Church St
Killeen, TX 76541

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

Gary J. Bookeeping & Tax Servic
100 Chestnut
Abilene, TX 79602

Credit Protection Asso
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380

Equidata
Attn: Bankruptcy
PO Box 6610
Newport News, VA 23606

Gold's Gym
4502 Buffalo Gap Road
Abilene, TX 79606

Credit World
2133 S. 1st St.
Abilene, TX 79602

ER Solutions
PO Box 9004
Renton, WA 98057

Great Lakes Collection Bureau
Processing Center
PO Box 1688
Buffalo, NY 14240-1688

Danial Eugene Montgomery
2707 Southwest Dr. #205
Abilene, TX 79605

EZ Corp Check Collection
2025 E. St. Elmo
Austin, TX 78744

Gymnastics Sports Center
1241 Ben Rickey Dr.
Abilene, TX 79602

Day Nursery of Abilene
3434 Sherry Lane
Abilene, TX 79603

EZ Money
3202 N. First St. #F
Abilene, TX 79603

Hall Air Conditioning
145 Shelton St.
Abilene, TX 79603

Dept Of Veterans Affai
Po Box 11930
Saint Paul, MN 55111

Financial Control Svc
111 E Center St
Lorena, TX 76655

Hardin Simmons University
Attn Accounts Receivable
2200 Hickory Street
Abilene, TX 79601

Case 13-10201-rlj13 Doc 8 Filed 08/09/13 Entered 08/09/13 15:13:22 Page 6 of 8

Debtor(s): **Danial Eugene Montgomery**
**Ruth Pequeno Montgomery**
Case No:
Chapter: **13**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| Heart Of Texas Fcu<br>Po Box 11<br>Waco, TX 76703 | Key Property Managment and<br>Real Estate<br>202 Arnold Blvd.<br>Abilene, Texas 79605 | Pentagroup Financial<br>5959 Corporate Dr.<br>Suite 1400<br>Houston, TX 77036 |
| Heart of Texas Internal Medicine<br>Associates, PA<br>PO Box 520<br>Brownwood, TX 76804-0520 | Liberty University<br>1971 University Blvd.<br>Lynchburg, VA 24502 | Personal Credit Plan<br>604 E Hwy 190 Suite 104<br>Copperas Cove, TX 76522 |
| Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601 | Market Place Property Management<br>1711 E. Central Tx Express way<br>Killeen, TX 76541 | Phillip L Day & Associates<br>290 Private Road 3710<br>San Antonio, TX 78253 |
| Hendrick Provider Network<br>P.O. Box 975325<br>Dallas, TX 75397 | Metroplex Adventist Hosp Inc<br>co Credit Collections<br>302 E Church Ave<br>Killeen, Texas 76541 | Planet Fitness<br>2540 Barrow St.<br>Abilene, TX 79605 |
| Higher One Bank Corp.<br>115 Munson St.<br>New Haven, CT 06511 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | Professional Association for Pe<br>1850 Hickory St., Suite 102<br>Abilene, TX 79601 |
| Ic Systems Inc<br>PO Box 64378<br>St. Paul, MN 55164 | Monte J. White & Associates, P.<br>402 Cypress, Suite 310<br>Abilene, TX 79601 | Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Navy Federal Credit Union<br>PO Box 3100<br>Merrifield, VA 22119-3100 | Regent University<br>1000 Regent University Dr.<br>Virginia Beach, VA 23464 |
| Irma & George Brown<br>2130 Valner Ct.<br>San Diego, CA 92139 | NCP Finance Limited Partnership<br>100 East Third Street, 5th Floor<br>Dayton, OH 45402 | Reliant Energy<br>P.O. Box 3765<br>Houston, TX 77253-3765 |
| IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | North American<br>2810 Walker Rd<br>Chattanooga, TN 37421 | Rent A Center<br>3141 S. 14th St.<br>Abilene, TX 79605 |
| Jefferson Capital<br>16 McLeland Rd<br>Saint Cloud, MN 56303 | Northern Resolutions<br>701 E 60th St N<br>Sioux Falls, SD 57104 | Rome Fin<br>Po Box 347<br>Concord, CA 94522 |

Case 13-10201-rlj13 Doc 8 Filed 08/09/13 Entered 08/09/13 15:13:22 Page 7 of 8

Debtor(s): **Danial Eugene Montgomery**
**Ruth Pequeno Montgomery**

Case No:

Chapter: **13**

**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

Royal Orleans
2707 Southwest Dr.
Abilene, TX 79605

Sun Loan Company
916 S 31st St Ste A
Temple, TX 76504

University Of Phoenix
4025 S Riverpoint Pky
Phoenix, AZ 85040


Ruth Pequeno Montgomery
2707 Southwest Dr. #205
Abilene, TX 79605

T-Mobile
PO Box 37380
Albuquerque, NM 87176-7380

Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707


Salute
Payment Processing
P.O. Box 136
Newark, NJ 07101-0136

Texas Midwest ER Physicians
PO Box 676240
Dallas, TX 75267-6240

Usa Discounters Credit
PO Box 8008
Attn: Bankruptcy Department
Virginia Beach, VA 23450


Second Round Lp
4150 Friedrich Lane Suit
Austin, TX 78744

Texas State Tech College
3801 Campus Dr.
Bellmead, TX 76705

USAA County Mutual Insurance Co
9800 Fredericksburg Road
San Antonio, TX 78288


Security Fin
SFC Centralized Bankruptcy
PO Box 1893
Spartanburg, SC 29304

TG
P.O. Box 659601
San Antonio, TX 78265-9601

USAA Savings Bank
10750 McDermott Fwy
San Antonio, Texas 78288-0596


Security Finance
4201 North First
Abilene, TX 79603

The Cash Store
4245 Southwest Dr.
Abilene, TX 79606

Usdoe/glelsi
2401 International
Madison, WI 53704


Security Finance Auto Loans
1103 Lamar St.
Sweetwater, TX 79556

Time Warner Cable
7010 Airport Rd
El Paso, TX 79906-4941

Verichek
PO Box 3218
Abilene, TX 79604


Service Bureau Inc
2705 81st St
Lubbock, TX 79423

Torres Crdit
TCS Inc.
PO Box 189
Carlisle, PA 17013

Verizon Wireless
404 Brock Drive
Bloomington, IL 61701


Sprint
PO Box 79357
City of Industry, CA 91716-9357

Txu Electric/TXU Energy
Attention: Bankruptcy
PO Box 650393
Dallas, TX 75265

Victoria Insurance Group
PO Box 6838
Cleveland, OH 44101-1838


SuddenLink
P.O. Box 78670
Phoenix, AZ 85062-8670

University Accounting Service
P.O. Box 5291
Carol Stream, IL 60197-5291

Wells Fargo Education Financial
EFS Bankruptcy
301 E. 58th St. N.
Sioux Falls, SD 57104

Debtor(s): **Danial Eugene Montgomery**
**Ruth Pequeno Montgomery**
Case 13-10201-rlj13  Doc 8  Filed 08/09/13  Entered 08/09/13 15:13:22  Page 8 of 8
Case No:
Chapter: **13**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

```
West Central Tx Coll B
Po Box 2586
Abilene, TX 79604


Western Shamrock Corporation
Attention:  Bankruptcy
801 S Abe St.
San Angelo, TX 76903


Will & Bonita Harrison
1211 Murray Winn
Windcrest, TX 78239



Williams & Fudge Inc
300 Chatham Ave Ste 201
Rock Hill, SC 29730



World Acceptance Corp
810 W Rancier Ave Ste 600
Killeen, TX 76541



WTU Retail Energy
P.O. Box 21588
Tulsa, OK 74121-1588
```