

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 9, 2013**

_____
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Danial Eugene Montgomery | § | CASE NO. 13-10201-rlj-13 |
| and | § | |
| Ruth Pequeno Montgomery | § | |
|     Debtors | § § | |

### ORDER ON DEBTOR'(S) MOTION TO EXTEND THE AUTOMATIC STAY AND REQUEST FOR INTERIM RELIEF

On August 9, 2013, the above referenced debtors, Danial Eugene Montgomery and Ruth Pequeno Montgomery, filed the Debtors' Motion to Extend the Automatic Stay and Request for Interim Relief by which they request the court grant the extension of the automatic stay on an interim basis and request a hearing on the Motion to Extend the Automatic Stay under §362(c)(3)(B) of the Bankruptcy Code.  Hearings on motions to extend the stay must be heard within thirty days of the filing of the case; the Court's Local Rules require twenty-one days notice of the hearing.  The present case was filed on August 9, 2013.  The Court's following Abilene Division docket is August 26, 2013 (less than 21 days).  Such circumstance justifies granting the relief request by the Debtors' Motion to Extend the Automatic Stay on an interim basis until hearing can be held on the Court's regular docket of October 2, 2013.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the automatic stay under §362 of the Bankruptcy Code shall remain in place and shall not terminate pending hearing on the Motion to Extend the Automatic Stay, it is further

ORDERED that hearing on the Motion to Extend the Automatic Stay in the above matter shall be placed on the Court's regular Abilene Division docket of October 2, 2013, at 11:00 a.m., by video at the U.S. Bankruptcy Court, 3rd and Pine, Room 2201, Abilene, Texas 79601.

### END OF ORDER###

Prepared by:
Monte J. White
Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699
(325)672-9227 Fax
Attorney for Debtor(s)